**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 86 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MS. JENNIFER L. TRAXLER, ESQUIRE, | : | |
| DEPUTY PROTHONOTARY SUPERIOR | : | |
| COURT OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 27th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the King's Bench Motion is **DENIED**.